MN,ND-305
(5/94)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 JUN -9 AM 9:43
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   David A. and Laura L. Braun
Chapter 7 Case No. 08-41458

Please Check One:
__ Unclaimed Dividends

X   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital Recovery<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  55131 | 1 | $797.80 | $4.94 |
| Parochial USA Book Covers<br>310 Melvin Unit 20<br>Northbrook IL 60062 | 4 | $165.00 | $1.02 |
| Carlson Craft<br>P O Box 8700<br>Mankato, MN  56002-8700 | 11 | $791.38 | $4.90 |
|  |  |  |  |

DATE: June 7, 2010

　　/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179